**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: A.L.C., A MINOR | : | No. 182 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: S.G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: A.D.G.C., A MINOR | : | No. 183 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: S.G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.